IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATINA ANN ROGERS,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security[1],<br><br>        Defendant. | 1:16CV219<br><br>**ORDER** |

This matter is before the Court on the report and recommendation of the magistrate judge, Filing No. 19. The magistrate judge thoroughly reviewed the facts, medical evidence, and the relevant law and recommends that this Court deny Katina Rogers' motion for summary judgment, Filing No. 12, and grant the Commissioner's motion for summary judgment, Filing No.14. Rogers did not file an objection to the report and recommendation of the magistrate judge.

The Court has carefully reviewed, de novo, the report and recommendations. *See Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011). The Court concludes that the magistrate judge is reasonable. Accordingly, the Court will adopt the report and recommendation of the magistrate judge.

THEREFORE, IT IS ORDERED THAT:

1. Katina Rogers' motion for summary judgment, Filing No. 12, is denied;

2. The Commissioner's motion for summary judgment, Filing No. 14, is granted;

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for former Commissioner Carolyn W. Colvin.

3. The report and recommendation of the magistrate judge, Filing No. 19, is adopted in its entirety;

4. This case is dismissed, and a separate judgment will be entered in conjunction with this order.

Dated this 20th day of September, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge